# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 11-26637-RAG
Judge: Robert A. Gordon
Date: 8/6/2012

**IN RE:** ALEJANDRO M. QUINTO
7333 WINDSOR MILL RD
WINDSOR MILL, MD 21244

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 000 | ELLEN W. COSBY, TRUSTEE / ADMINISTRATIVE FEES<br>300 E. JOPPA ROAD, #409 / TOWSON, MD 21286<br>Acct:<br>Comment: Case Reinstated | None | Admin |
| 001 | INTERNAL REVENUE SERVICE / CENTRALIZED INSOLVENCY OFFI<br>P O BOX 7346 / PHILADELPHIA, PA 19101-7346<br>Acct: 1642<br>Comment: | 14,622.98<br>4.0000% From 08/14/2011 | Secured |
| 002 | SNAP-ON CREDIT LLC / 950 TECHNOLOGY WAY #301<br>LIBERTYVILLE, IL 60048-0000<br>Acct: 5883<br>Comment: Credited Payments | 6,214.33<br>9.9000% From 08/14/2011 | Secured |
| 003 | BANK OF AMERICA / NC4-105-02-99<br>PO BOX 26012 / GREENSBORO, NC 27410<br>Acct: 8199<br>Comment: 2nd AMENDED | 53,719.66 | Unsecured |
| 004 | BANK OF AMERICA NA / MAIL STOP CA6-919-01-23<br>400 NATIONAL WAY / SIMI VALLEY, CA 93065<br>Acct: 8944<br>Comment: | 15,546.82 | Secured |
| 005 | COMPTROLLER OF THE TREASURY / COMPLIANCE DIVISION/INDI<br>301 W PRESTON STREET #409 / BALTIMORE, MD 21201-2383<br>Acct: 1642<br>Comment: | 20,198.00 | Unsecured |
| 006 | DISCOVER BANK / P O BOX 3025<br>NEW ALBANY, OH 43054-3025<br>Acct: 2285<br>Comment: | 18,283.29 | Unsecured |
| 007 | FIA CARD SERVICES INC / BANK OF AMERICA & MBNA AMER BAN<br>P O BOX 15102 / WILMINGTON, DE 19886-5102<br>Acct: 6451<br>Comment: | 22,626.32 | Unsecured |
| 008 | AMERICAN EXPRESS BANK FSB / C/O BECKET & LEE LLP<br>P O BOX 3001 / MALVERN, PA 19355-0701<br>Acct: 4001<br>Comment: | 12,883.55 | Unsecured |
| 009 | SPRINT NEXTEL / BANKRUPTCY DEPT<br>P O BOX 7949 / OVERLAND PARK, KS 66207-0949<br>Acct: 8855<br>Comment: | 427.01 | Unsecured |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 11-26637-RAG
Judge: Robert A. Gordon
Date: 8/6/2012

IN RE: ALEJANDRO M. QUINTO
7333 WINDSOR MILL RD
WINDSOR MILL, MD 21244

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 010 | STATE OF MARYLAND CCU / JAMES G DAVIS ASST ATTORNEY GE<br>300 W PRESTON STREET #407 / BALTIMORE, MD 21201<br>Acct: 1642<br>Comment: | 475.11 | Unsecured |
| 011 | ECAST SETTLEMENT CORPORATION / CITIBANK SD NA<br>P O BOX 29262 / NEW YORK, NY 10087-9262<br>Acct: 8445<br>Comment: | 26,399.61 | Unsecured |
| 012 | PORTFOLIO RECOVERY ASSOCIATES / SQUARETWO FINANCIAL<br>P O BOX 41067 / NORFOLK, VA 23541<br>Acct: 0120<br>Comment: | 28,448.47 | Unsecured |
| 013 | PRA RECEIVABLES/PORTFOLIO RECOVERY / CHASE BANK USA<br>P O BOX 41067 / NORFOLK, VA 23541<br>Acct: 0285<br>Comment: | 23,084.50 | Unsecured |
| 014 | STATE OF MARYLAND CCU / JAMES G DAVIS ASST ATTORNEY GE<br>300 W PRESTON STREET #407 / BALTIMORE, MD 21201<br>Acct: 6744<br>Comment: NOT PROVIDED IN PLAN | | DirectPay<br>.00 |
| 015 | MIRIAM HERNANDEZ / 724 LINDEN GROVE PLACE<br>ODENTON, MD 21113<br>Acct:<br>Comment: | None | Not Filed<br>.00 |
| 016 | BANK OF AMERICA / PO BOX 982235<br>EL PASO, TX 79998-2235<br>Acct: 3932<br>Comment: | None | Not Filed<br>.00 |
| 017 | NORTHERN LEASING SYSTEMS / 132 W 31ST STREET 14th FLOOR<br>NEW YORK, NY 10001-0000<br>Acct: 336A<br>Comment: | None | Not Filed<br>.00 |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 11-26637-RAG
Judge: Robert A. Gordon
Date: 8/6/2012

IN RE: ALEJANDRO M. QUINTO
7333 WINDSOR MILL RD
WINDSOR MILL, MD 21244

**NOTICE OF FILED CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 018 | TRYE & ASSOCIATES / 200 E LEXINGTON STREET #1500 BALTIMORE, MD 21202 | None | Not Filed .00 |
|  | Acct: 4470 |  |  |
|  | Comment: |  |  |
|  | Total | 242,929.65 |  |
|  | JEFFREY P NESSON ESQUIRE 11421 REISTERSTOWN RD OWINGS MILLS, MD 21117-1813 | 2,500.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Ellen W. Cosby
Ellen W. Cosby, Trustee
300 E. Joppa Road, Suite #409
Towson, MD 21286

I hereby certify that on 08/06/2012 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Ellen W. Cosby
Ellen W. Cosby, Trustee